UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/11/2026

ALLAN JOSEPH SALAS,

     Plaintiff,

  -v-

RODARIUS MARCELL GREEN ET AL,

     Defendants.

**ORDER**

26-CV-4866 (LAK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference is scheduled on **June 18, 2026,** at **2:00 p.m.** by telephone to discuss whether any modifications need to be made to the existing schedule.  ECF No. 28.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 426 025 009#).

**SO ORDERED.**

Dated: June 11, 2026
  New York, New York

            _____
            Henry J. Ricardo
            United States Magistrate Judge

1