UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/18/2026_____

ALLAN JOSEPH SALAS,

        Plaintiff,

        -v-

RODARIUS MARCELL GREEN ET AL,

        Defendants.

**ORDER**

26-CV-4866 (LAK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on June 18, 2026 to discuss scheduling. For the reasons articulated at the conference, the Parties shall adhere to the following schedule:

- Initial disclosures are due by **July 16, 2026**.

- The deadline for responding to the complaint is **July 31, 2026**.

- The deadline for adding parties or amending pleadings is **September 30, 2026**.

- Fact discovery shall be completed by **December 24, 2026**.

- Expert disclosures are due by **January 25, 2027**.

- Rebuttal expert disclosures are due by **February 15, 2027**.

- All expert discovery shall be completed by **March 22, 2027**.

1

**SO ORDERED.**

Dated: June 18, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2