USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLAN JOSEPH SALAS,

Plaintiff,

-v-

RODARIUS MARCELL GREEN ET AL,

Defendants.

**ORDER**

26-CV-4866 (LAK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference to discuss Defendants' anticipated motions. ECF No. 48. For the reasons articulated at the conference, the Parties shall adhere to the following directives.

The Parties shall confer further on the viability of the unjust enrichment claim and whether the motion for joinder is the most efficient way forward. Assuming a motion is necessary, Defendants shall file their motion by **September 21, 2026**. Plaintiff shall respond by **October 12, 2026**. Defendants shall file their reply by **October 23, 2026**.

**SO ORDERED.**

Dated: August 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge