USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLAN JOSEPH SALAS,

Plaintiff,

-v-

RODARIUS MARCELL GREEN ET AL,

Defendants.

**ORDER**

26-CV-4866 (LAK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated August 17, 2026, Defendants were directed to file the reply for the motion to dismiss by October 23, 2026. ECF No. 52. To date, no reply has been received. The deadline to file a reply is extended to **October 30, 2026**. If no reply is filed by this date, the motion will be considered fully briefed.

**SO ORDERED.**

Dated: October 26, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge