USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 11/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLAN JOSEPH SALAS,

Plaintiff,

-v-

RODARIUS MARCELL GREEN ET AL,

Defendants.

**ORDER**

26-CV-4866 (LAK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned is in receipt of the amended complaint. ECF No. 68. The parties are directed to confer on how, if at all, the amended complaint affects the pending motion to dismiss and to file a joint letter addressing that subject by **November 10, 2026**.

**SO ORDERED.**

Dated: November 2, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge