USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____________
DATE FILED: 11/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLAN JOSEPH SALAS,

Plaintiff,

-v-

RODARIUS MARCELL GREEN ET AL,

Defendants.

**ORDER**

26-CV-4866 (LAK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint letter. ECF No. 70. The proposed briefing schedule is adopted. Defendants shall file their motion to dismiss by **December 10, 2026**. Plaintiff shall file his opposition by **January 11, 2027**. Defendants shall file their reply by **February 1, 2027**.

In light of the parties' representation that the motion to dismiss at ECF No. 56 was mooted by the filing of the Amended Complaint, the Clerk of Court is respectfully directed to terminate the motion at ECF No. 56 as **DENIED AS MOOT**.

**SO ORDERED.**

Dated: November 12, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge